IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 07 144 S |
| v. | ) | In violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(C), and 846 |
| LUIS CAMACHO a/k/a JORGE BAEZ a/k/a CARTIEL | ) | |

FILED
NOV 2 3 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about May 7, 2007, in the District of Rhode Island, the defendant, LUIS CAMACHO a/k/a JORGE BAEZ a/k/a CARTIEL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT II

On or about May 18, 2007, in the District of Rhode Island, the defendant, LUIS CAMACHO a/k/a JORGE BAEZ a/k/a CARTIEL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled

Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT III

On or about June 18, 2007, in the District of Rhode Island, the defendant, LUIS CAMACHO a/k/a JORGE BAEZ a/k/a CARTIEL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT IV

On or about September 6, 2007, in the District of Rhode Island, the defendant, LUIS CAMACHO a/k/a JORGE BAEZ a/k/a CARTIEL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT V

On or about November 13, 2007, in the District of Rhode Island, the defendant, LUIS CAMACHO a/k/a JORGE BAEZ a/k/a CARTIEL, did knowingly and intentionally attempt to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I

Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846.

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: November 21, 2007