**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

V 07-CR-00144

LUIS CAMACHO

**MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS**

NOW comes the Defendant, Luis Camacho, and moves that the court enter an order extending the time for conduction of Discovery and preparation and filing of Pretrial Motions in the within matter for an additional period of thirty (30) days. The reason for this request is counsel for the defendant requires additional time to investigate the facts of the case. Counsel has requested a physical evidence view and copies of video and audio surveillance of the alleged transactions. Additional time is needed to complete the physical evidence view with the aid of an interpretor.

Defendant avers that the interests of justice would be served by allowing additional time for counsel to understand and investigate the facts and circumstances more fully in order to adequately represent the defendant.

Currently, counsel requires an additional thirty (30) days up to and including February 15, 2006 to review discovery, investigate and prepare any necessary motions. Such continuance should therefore be excludable for speedy trial calculation.

Respectfully submitted,
Luis Camacho,
By his attorney,

[signature]

Todd S. Dion Esq. (6852)
129 Dorrance Street
Providence, RI 02903
401-837-4229
401-459-4022 (fax)

**CERTIFICATION**

I hereby certify that on this 15th day of January 2008, I forwarded a copy of the within Motion to Sandra Beckner Esq. Assistant United States Attorney, U.S. Department of Justice, Fleet Center, 8th Floor, Providence, RI 02903.

[signature]